EDWIN S. HERZBERG and MAY HERZBERG, as Executors, etc., of GUSTAVE MOSHEIM, Deceased, Respondents, v. HOUSE OF TRE-JUR, INC., Appellant. EDWIN S. HERZBERG and MAY HERZBERG, as Executors, etc., of GUSTAVE MOSHEIM, Deceased, Respondents, v. ALBERT MOSHEIM, Appellant.— There is a triable issue as to whether the plaintiffs have been overpaid under the contract of February 10, 1925, by reason of the receipt thereafter of $21,904.33, which, it is alleged by the defendants, was paid on account of future installments under the contract. Order and judgment unanimously reversed, with costs, and the motion denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by LOUIS H. PINK, as Superintendent of Insurance of the State of New York, Petitioner, Respondent, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of THE WORKINGMAN'S CO-OPERATIVE ASSOCIATION OF THE UNITED INSURANCE LEAGUE OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse.

SAMUEL DOLSON, Respondent, v. 93 PARK ROW CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the following grounds: (1) The verdict is against the weight of the credible evidence; (2) the court erred in admitting in evidence the " instructions " alleged to have been given by the manager to the bus boy to clean the floor after the plaintiff had fallen. (Golden v. Horn & Hardart Co., Inc., 244 App. Div. 92; affd., 270 N. Y. 544.) Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY CHANCER, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER BLOCKHAUSE, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

ROSE CALI, Respondent, v. JOHN CALI, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

CECELIA ARONSON, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent and vote to reverse.

WILLIAM H. DOOR and Others, Respondents, v. PIERREPONT DAVENPORT and Others, Defendants, Impleaded with HALSTED JAMES, Appellant. (Appeal No. 1.) WILLIAM H. DOOR and Others, Respondents, v. PIERREPONT DAVENPORT and Others, Defendants, Impleaded with FREDERICK O. BECKER, Appellant. (Appeal No. 2.) — Orders affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer and Callahan, JJ., dissent.